1  Howard Franco, Jr., State Bar No. 115625
2  Catherine M. Mathers, State Bar No. 221983
3  Michael L. Wroniak, State Bar No. 210347
   **COLLINS COLLINS MUIR + STEWART LLP**
4  750 The City Drive, Suite 400
   Orange, CA 92868
5  (714) 823-4100 – FAX (714) 823-4101
6  Email: hfranco@ccmslaw.com
   Email: cmathers@ccmslaw.com
7  Email: mwroniak@ccmslaw.com
8
9  Attorneys for Defendants,
   COUNTY OF ORANGE and MICHAEL THALKEN

10
11              **UNITED STATES DISTRICT COURT**
12       **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

13 | DR. DENNIS CLARK, | ) CASE NO. SACV12-01925-AG (RNBx)
14 |                   | ) *[Hon. Andrew J. Guilford, Courtroom 10D]*
   |    Plaintiff,    | )
15 |                   | )
16 |    vs.            | ) **[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANTS COUNTY OF ORANGE AND MICHAEL THALKEN**
17 | COUNTY OF ORANGE, California, | )
18 | MICHAEL THALKEN and DOES 1 to 10, | )
19 |                   | )
20 |    Defendants.    | ) **Complaint Filed:** November 5, 2012
21 |                   | ) **Trial Date:** None

22      The hearing on Defendants County of Orange and Michael Thalken's Motion to
23 Dismiss Plaintiff Dr. Dennis Clark's First Amended Complaint came on regularly for
24 hearing on January 28, 2013 at 10:30 a.m. in Court Room 10D of the above entitled court,
25 the Hon. Andrew J. Guilford presiding.
26      Having considered the moving papers, opposition, reply and oral argument of
27 counsel present at the hearing, the Court granted Defendants' Motion to Dismiss without
28 leave to amend. The Court determined that the allegations in the First Amended Complaint

were insufficient to support a claim upon which relief could be granted against the Defendants and the Plaintiff would not be able to cure the defects through further pleadings.

    IT IS HEREBY ORDERED that Plaintiff shall take nothing and Judgment shall be entered in favor of Defendants County of Orange and Michael Thalken and against Plaintiff Dr. Dennis Clark.

**IT IS SO ORDERED AND JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS COUNTY OF ORANGE AND MICHAEL THALKEN.**

DATED: January 31, 2013

                                              District Court Judge